UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

George Reid

v.

Civil No. 13-cv-73-JD

Northern NH Correctional Facility,
Warden

O R D E R

The Petitioner has filed a Motion to Stay this case pending exhaustion of all claims in the state courts.  In lieu of staying the case, it is herewith ordered that the case be administratively closed.  The case may later be reopened upon the filing of an appropriate motion by either party.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: July 2, 2013

cc:  Sven Wiberg, Esq.